UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Sprout Salad LLC d/b/a Sprout Salad Company; Daniel Gittsovich; and Dmitry Kenigsberg,<br><br>Plaintiffs,<br><br>vs.<br><br>Minneapolis Huron Properties I, LLC,<br><br>Defendant. | Court File No.: _____<br><br>**DECLARATION OF**<br>**MICHAEL A. STEPHANI** |

Pursuant to 28 U.S.C. § 1746, the undersigned Michael A. Stephani declares:

1. My name is Michael A. Stephani. I am one of the attorneys representing Defendant Minneapolis Huron Properties I, LLC ("Defendant") in this action. I am over 18 years of age and make this declaration in support of Defendant's Removal to Federal Court.

2. Plaintiffs presently owe back rent in the amount of $32,823.47. Attached hereto as Exhibit 1 is a true and correct copy of Defendant's Rent Statement to Plaintiffs.

3. Plaintiffs' future obligations under the subject Lease, not including the back rent noted above, total $134,373.24. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' Rent Schedule.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2020

                                                    <u>s/Michael A. Stephani</u>
                                                    Michael A. Stephani