# EXHIBIT 1

WaHu - Commercial

**WaHu - Commercial**
1016 Washington Avenue SE
Minneapolis,
MN,
55414

| | |
|---|---|
| Statement Date: | Jul 29, 2020 |
| **Balance:** | **$32,823.47** |

**Sprout Salad, LLC**
1016 Washington Avenue SE
Minneapolis, MN 55414

| | |
|---|---|
| Lease: | 13503116 |
| **Unit:** | Wahu - Commercial 2C |
| **Move In Date:** | 06/14/2018 |
| **Lease Start Date:** | 04/01/2016 |
| **Lease End Date:** | 03/31/2026 |

**Open Items**

| Date | Description | Amount |
|---|---|---|
| 07/01/2020 | Commercial - CAM Recovery | $667.28 |
| 07/01/2020 | Commercial - Rent | $5,253.33 |
| 07/01/2020 | Commercial - CAM Insurance | $68.29 |
| 07/01/2020 | Commercial - CAM Prop Taxes | $934.29 |
| 06/01/2020 | Commercial - CAM Recovery | $667.28 |
| 06/01/2020 | Commercial - CAM Prop Taxes | $934.29 |
| 06/01/2020 | Commercial - Rent | $5,253.33 |
| 06/01/2020 | Commercial - CAM Insurance | $68.29 |
| 05/01/2020 | Commercial - CAM Prop Taxes | $934.29 |
| 05/01/2020 | Commercial - CAM Insurance | $68.29 |
| 05/01/2020 | Commercial - CAM Recovery | $667.28 |
| 05/01/2020 | Commercial - Rent | $5,253.33 |
| 04/01/2020 | Commercial - CAM Recovery | $667.28 |
| 04/01/2020 | Commercial - Rent | $5,253.33 |
| 04/01/2020 | Commercial - CAM Insurance | $68.29 |
| 04/01/2020 | Commercial - CAM Prop Taxes | $934.29 |
| 03/01/2020 | Commercial - Rent | $5,130.71 |

**Balance:**   **$32,823.47**