# EXHIBIT 2

| | Sprout Salad, LLC Lease Payments | | | | |
|---|---|---|---|---|---|
| Payment # | Month - Year | Commerical Rent | Commercial CAM* | Monthly Charges | Payment Amount |
| 1 | August-20 | $ 5,253.33 | $ 1,669.86 | $ 6,923.19 | $ 6,923.19 |
| 2 | September-20 | $ 5,253.33 | $ 1,669.86 | $ 6,923.19 | $ 6,923.19 |
| 3 | October-20 | $ 5,253.33 | $ 1,669.86 | $ 6,923.19 | $ 6,923.19 |
| 4 | November-20 | $ 5,253.33 | $ 1,669.86 | $ 6,923.19 | $ 6,923.19 |
| 5 | December-20 | $ 5,253.33 | $ 1,669.86 | $ 6,923.19 | $ 6,923.19 |
| 6 | January-21 | $ 5,253.33 | $ 1,669.86 | $ 6,923.19 | $ 6,923.19 |
| 7 | February-21 | $ 5,253.33 | $ 1,669.86 | $ 6,923.19 | $ 6,923.19 |
| 8 | March-21 | $ 5,253.33 | $ 1,669.86 | $ 6,923.19 | $ 6,923.19 |
| 9 | April-21 | $ 6,304.00 | $ 1,669.86 | $ 7,973.86 | $ 7,973.86 |
| 10 | May-21 - March-2026 | $ 69,344.00 | $ 1,669.86 | $ 71,013.86 | $ 71,013.86 |

*Based on current year

| | | | | | |
|---|---|---|---|---|---|
| TOTALS: | | $ 117,674.64 | $ 16,698.60 | $ 134,373.24 | $ 134,373.24 |
| Remaining Allocation: | | $ - | | | |

*Based on current year estimates. Does not include reconciliations for yearly adjustments